BEFORE: WILLIAM D. WALL

UNITED STATES MAGISTRATE JUDGE

DOCKET NO. CV 03-6272

CASE NAME: Nunziata v. Trotta et al.

DATE: 4/20/04

TIME: 10:00 a.m.

ASSIGNED JUDGE: Feuerstein

CIVIL CONFERENCE

Initial __X__  Status _____  Settlement _____  Pretrial _____

Other _____

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

APR 20 2004

LONG ISLAND OFFICE

APPEARANCES:   Plaintiff     Brian Koenig (of counsel)

                Defendant     NO APPEARANCE

SCHEDULING:

1.   The next _____ conference will be held on _____.

THE FOLLOWING RULINGS WERE MADE: The case is administratively closed.

                                          SO ORDERED